Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. OLIVER KING, also known as HAMID MALEKPOUR, Defendant. | MJ10-223 COMPLAINT for VIOLATION of Title 18, United States Code,. Sections 922(g)(5), 924(a)(2) and Section 1001 |

BEFORE MARY ALICE THEILER, United States Magistrate Judge, United States Courthouse, 700 Stewart Street, Seattle, Washington.

The undersigned complainant being duly sworn states:

**COUNT ONE**
**(Alien in Possession of Firearms and Ammunition)**

On or about May 19, 2010, at Ferndale, Washington, within the Western District of Washington and elsewhere, OLIVER KING, also known as HAMID MALEKPOUR, being an alien illegally and unlawfully in the United States and not being in possession of a hunting license or permit lawfully issued in the United States, did knowingly possess in and affecting interstate commerce, and did knowingly ship and transport in interstate commerce, firearms and ammunition, that is, two shotguns, two semiautomatic handguns and approximately 480 rounds of .50 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g) (5) and 924(a)(2).



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**COUNT TWO**

**(False Statement to Government Agency)**

On or about May 18, 2010, at the Blaine, Washington Port of Entry, within the Western District of Washington, in a matter within the jurisdiction of the Immigration and Customs Enforcement, Department of Homeland Security, an agency of the United States, OLIVER KING, also known as HAMID MALEKPOUR, obtained entry into the United States by knowingly and willfully making a materially false, fictitious and fraudulent statement and representation, that is, in an application for entry to the United States as a nonimmigrant visitor, he stated to a Customs and Border Protection Officer that his purpose for entry was to pick up his wife at the Target store at the Bellis Fair Shopping Mall in Bellingham, Washington, whereas in truth and in fact, his purpose for entry was to ship and transport in interstate commerce, and to possess in and affecting commerce, firearms and ammunition.

All in violation of Title 18, United States Code, Section 1001.

And the complainant states that this Complaint is based on the following information:

I, Jennifer E. Hinckley, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the United States Immigration and Customs Enforcement (ICE) in Blaine, Washington and have been employed in this capacity since 2003. During my tenure with the United States Immigration and Customs Enforcement, I have been charged with the investigation of various violations of laws enforced by the U.S. Immigration and Customs Enforcement to include enforcing federal criminal statutes involving violation of Title 18. I have participated in several investigations in the Western District of Washington. I am a graduate of the Federal Law Enforcement Training Center, a twenty-six week live-in training academy that gives basic and thorough indoctrination for U.S. Immigration and Customs Enforcement Special Agents

2. The information contained in this affidavit is based on my investigation as well as information related to me by other law enforcement officers through oral and



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

written reports. I have not stated every fact known to me concerning the investigation of OLIVER KING but have included those facts which establish probable cause to believe that KING committed the offenses charged in this Complaint.

3. On May 18, 2010, at approximately 10:15 p.m. OLIVER KING applied for entry to the United States at the Peace Arch Port of Entry in Blaine, Washington. During his examination by Customs and Border Protection Officers he stated the purpose of his trip was to pick up his wife at the Target store located at the Bellis Fair Shopping Mall in Bellingham, Washington. The Target store closed prior to KING'S presentation at the border. KING presented a Canadian passport which had been issued that morning. When questioned why he had a brand new passport issued that day, he explained that his old passport went through the washing machine. KING was referred for secondary examination.

4. KING'S prior Canadian passport was found in his car during the secondary examination. With no visible water damage, the newly cancelled passport had an expiration date of 2013. This passport also contains three visas for Iran: two issued in 2009 and one issued in 2010. It appears from the passport stamps that he traveled to Iran on two of the visas; in spring of 2009 and, recently, since March 31, 2010. The current visa expires in June, 2010. KING was born HAMID MALEKPOUR in Tehran, Iran, in 1975. He appears to be using both names and we have not yet confirmed what is his legal name.

5. ICE special agents set up surveillance on KING once he entered the United States at Blaine. KING did not go to the Bellis Fair Shopping Mall, did not stop at any Target store, and did not pick up his wife. Rather, agents followed KING as he drove south on I-5 through Washington State, pausing to sleep for a few hours near Chehalis, Washington. Early on May 19, KING drove to McMinnville, Oregon. In McMinnville, KING was surveilled as he entered an office, loaded several cardboard boxes into his vehicle, then drove north to a storage facility in Ferndale, Washington. Agents approached KING when he parked his car at the Ferndale storage facility.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

6. KING verbally consented to the agents' request to search his vehicle. Agents found two shotguns, two semiautomatic handguns and approximately 480 rounds of .50 caliber ammunition in the car before KING reconsidered and revoked his consent. Agents ceased their car search but obtained a local search warrant for KING'S storage unit at the facility. That search yielded additional firearms and ammunition. In total, agents seized a .50 caliber sniper rifle, two .308 caliber sniper rifles, three .300 caliber sniper rifles, eight law enforcement style .223 caliber rifles, three Glock semi-automatic handguns, 100 .223 caliber magazines, 3800 rounds of .223 caliber ammunition, and several other firearms-related items, such as high end scopes. The value of the recovered firearms and ammunition is well over $30,000. Many of the weapons were in boxes with shipping labels to the McMinnville, Oregon office that KING entered.

7. According to agents from the Bureau of Alcohol, Tobacco and Firearms (ATF) in Oregon, a Federal Firearms License was issued to another person at the McMinnville address. KING is on the lease of the Oregon office.

8. According to documents found in KING'S car during a previous border crossing, KING previously was a licensed firearms dealer in Canada in the name HAMID MALEKPOUR. The Canadian government revoked his license after discovering MALEKPOUR was selling firearms over the Internet, which is prohibited by Canadian law, and that his gun records were incomplete, however computer records now indicate that the Canadian firearms license under MALEKPOUR has been "recovered," may be valid currently, and that he has six firearms registered to him in that name. In a previous crossing, KING had a resume which listed him as a business consultant, with advanced degrees of an MBA from the Wharton School of Business, and a MA and Ph.D. from the Technical University of Denmark. He listed his most recent employment as the Technical Executive with a Vancouver [Canada] company entitled Modeling Intelligence Corporation. His girfriend/wife was listed as the project owner. During the May 18, 2010, search of his car, agents found a memo-style document, purporting to verify KING'S employment with Modeling Intelligence Corporation, again signed by his



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

girlfriend/wife as the CEO.

9. When asked about the firearms in his car, KING claimed to have a hunting license from North Dakota and showed a computer image of a recently expired license in the name of OLIVER KING. In his wallet, KING carried a Canadian hunting license in the name of HAMID MALEKPOUR, which was just issued on May 18, 2010, an apparently valid British Columbia drivers license in the name OLIVER KING, issued in 2008, and a May 18, 2010 Canadian Post Receipt in the name of HAMID MALEKPOUR. Regardless of the validity of the hunting licenses, the size and type of firearms and ammunition found is not consistent with an occasional recreational hunter.

10. KING would not have been allowed into the United States at the Blaine Port of Entry if he had given accurate and true information as to his purpose of his visit. That is, he would have been prohibited from entering the United States as a visitor for his true purpose of possessing and transporting interstate firearms and ammunition or for possessing firearms and ammunition with a validly issued hunting permit.

11. Based on the above facts, I respectfully submit that there is probable cause to believe that OLIVER KING, also known as HAMID MALEKPOUR, being an alien illegally and unlawfully in the United States, and not possessing a hunting license or permit lawfully issued in the United States, did knowingly possess in and affecting interstate commerce, and did knowingly ship and transport in interstate commerce, firearms and ammunition, in violation of Title 18, United States Code, Section 922(g)(5) and that OLIVER KING did knowingly and intentionally make a false statement, material to a matter within the jurisdiction of a governmental agency or department, in violation of Title 18, United States Code, Section 1001.

JENNIFER E. HINCKLEY
Complainant Special Agent
Immigration and Customs Enforcement

Based on the Complaint and Affidavit sworn to before me, and subscribed in my



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

presence, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this 20 day of May, 2010.

MARY ALICE THEILER
United States Magistrate Judge



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970